[No. 29584-9-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN MICHAEL BICKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03720-0, Kitty-Ann van Doorninck, J., entered October 31, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 29701-9-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDY ELIZABETH DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-01045-0, Karen L. Strombom, J., entered December 4, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 29752-3-II.   Division Two.   April 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES PAUL BERNARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-03403-1, Kathryn J. Nelson, J., entered December 9, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Morgan, A.C.J., and Hunt, J.